IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICHARD JEFFREY LAUDE )
) No. 3-10-0185
v. )
)
JIMMY D. KNOWLES )

O R D E R

By notice issued contemporaneously with the filing of the complaint, the initial case management conference was scheduled on April 5, 2010, but in lieu thereof counsel for the parties called the Court on April 5, 2010, at which time both parties and the Court agreed that it would be appropriate for the defendant's motion for summary judgment (Docket Entry No. 3) to be resolved as a threshold matter and that the initial case management conference should be rescheduled if the motion is denied.

Plaintiff's counsel shall notify the office of the Magistrate Judge upon the resolution of the defendant's motion for summary judgment.

Defendant's counsel shall notify the Court if the Claims Commission makes a ruling before the defendant's motion for summary judgment is resolved.

Briefing on the defendant's motion for summary judgment is completed and the parties shall not make any further filings in support of or in opposition to the motion except with the express permission of the Honorable John T. Nixon.

The Clerk is directed to forward the file in this case to Judge Nixon for his consideration of the defendant's motion for summary judgment and accompanying filings (Docket Entry Nos. 3-6), the plaintiff's response (Docket Entry No. 8), and the defendant's reply (Docket Entry No. 9).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge